■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SERENA MATTHEWS, Appellant.—Judgment, Supreme Court, Bronx County (John Byrne, J.), rendered on June 17, 1988, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Ross, J. P., Rosenberger, Asch, Kassal and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS WILLIAMS, Appellant.—Judgment, Supreme Court, New York County (Jay Gold, J.), rendered on February 15, 1989, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sullivan, Carro and Milonas, JJ.